# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**ALFONSO NOGUEIRAS** and **MARY NOGUEIRAS,**
Appellants,

v.

**CITIZENS BANK, N.A.,** f/k/a **RBS CITIZENS N.A., CITIZENS BANK OF MASSACHUSETTS, TOWNGATE AT PEMBROKE PINES MASTER ASSOCIATION, INC.,** and **CLASSIC LANDING HOMEOWNERS ASSOCIATION, INC.,**
Appellees.

No. 4D22-433

[April 20, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barry Stone, Senior Judge; L.T. Case No. CACE17014351.

Mark L. Pomeranz of Pomeranz & Associates, P.A., Hallandale, for appellants.

James H. Wyman of Hinshaw & Culbertson LLP, Coral Gables, for appellee Citizens Bank, N.A.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., DAMOORGIAN and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***